UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK B. THOMAS                                    CIVIL ACTION

versus                                               NO. 09-4425

BURL CAIN, WARDEN                                    SECTION: "I" (1)

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections by petitioner, Patrick B. Thomas, which are hereby OVERRULED, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

This Court notes that in his objections to the U.S. Magistrate Judge's report and recommendation, petitioner abandons his pursuit of the three claims found to be procedurally barred. With respect to petitioner's ineffective assistance of counsel claim, the Court notes, and the state record supports, petitioner's statement that he proceeded to trial in prison garb notwithstanding his objection to the same. See State R. Vol. 1 of 3, June 24, 2004 transcript at pp. 24-26. However, as the U.S. Magistrate Judge correctly concluded, petitioner has not demonstrated a reasonable probability that the result of the proceeding would have been different if petitioner had appeared throughout the trial wearing civilian clothes. Accordingly,

**IT IS ORDERED** that the federal petition of **Patrick B. Thomas** for *habeas corpus* relief

is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __8th__ day of ____December____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**